Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRENCH WEST, INC.<br><br>              Plaintiff,<br><br>vs.<br><br>BELK, INC.; *et al.*,<br><br>              Defendants. | Case No.: CV12-8693 FMO (PJWx)<br>*Honorable Fernando M. Olguin*<br>*Presiding*<br><br>**STIPULATION TO DISMISS ACTION**<br><br>***[[Proposed] Order Filed Concurrently Herewith]*** |

- 1 -

IT IS HEREBY AGREED UPON BETWEEN AND STIPULATED by the Parties to the action as follows:

 A. This action is dismissed with prejudice;

 B. This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

 C. The parties to this stipulation will each bear their own costs and fees as incurred against one another in this action.

SO STIPULATED.

Date: April 10, 2013  By: /s/ Scott A. Burroughs
        Scott A. Burroughs, Esq.
        Stephen M. Doniger, Esq.
        DONIGER / BURROUGHS
        Attorneys for Plaintiff

Date: April 10, 2013  By: /s/ Samuel Brooks, Esq.
        Samuel Brooks, Esq.
        CALL & JENSEN
        Attorneys for Defendant
        BELK, INC.