Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff                                        JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRENCH WEST, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BELK, INC.; *et al.*,<br><br>Defendants. | Case No.: CV12-8693 FMO (PJWx)<br>*Honorable Fernando M. Olguin*<br>*Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

- 1 -

### ***ORDER***

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

    A.    This action is dismissed with prejudice;

    B.    This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal; and

    C.    The parties to this stipulation will each bear their own costs and fees as incurred against one another in this action.

SO ORDERED.

Date:  April 12, 2013      By: _____/s/_____

                              HONORABLE FERNANDO M. OLGUIN
                              U.S. DISTRICT COURT

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION